Drexel A. Bradshaw (SBN 209584)
Joseph L. Urbanski (SBN 246543)
Bradshaw & Associates, P.C.
44 Montgomery Street
Thirty-Eighth Floor
San Francisco, CA 94104
Phone: (415) 433-4800
Fax:    (415) 433-4841
drexel@bradshawassociates.com

Attorneys for Plaintiff Reynaldo Gregorio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REYNALDO GREGORIO,<br><br>Plaintiff,<br><br>vs.<br><br>TROPHY PROPERTIES IX, LLC; CITIAPARTMENTS, INC.; SKYLINE REALTY, INC.; CLARENCE CURL; DAN MOLIERI; and DOE 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV 09-2979 SC<br><br>[Assigned For All Purposes To The Honorable Samuel Conti]<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY CUT-OFF DATE** |

WHEREAS, the Court has ordered that all discovery shall be completed and all depositions taken by January 2, 2010;

WHEREAS, Plaintiff recently discovered the identity of necessary third party witnesses in this action;

WHEREAS, the necessary third party witnesses are available for deposition only at the end of January 2010 and early February 2010;

//

//

- 2 -

1  WHEREAS, Defendant Molieri recently filed for Bankruptcy and Plaintiff must now only seek his
2  deposition as a third party witness through subpoena and/or seek relief from the automatic stay in the
3  bankruptcy action;

4  WHEREAS, Plaintiff is currently unable to locate Dan Molieri for service of said subpoena;

5  WHEREAS, Defendant requires more time to search for documents and respond to written
6  discovery previously propounded;

7  WHEREAS, the parties have met and conferred and hereby agree to an extension of time to the
8  Discovery Cut-Off date to February 16, 2009, subject to approval by this Court;

9  THE PARTIES HEREBY STIPULATE, subject to Court approval, that the Discovery Cut-Off date,
10 currently set on January 2, 2010, should be extended to February 16, 2010, or any other subsequent date
11 that the Court orders.

13  DATED: December 15, 2009                    DATED: December 15, 2009

15  BRADSHAW & ASSOCIATES, P.C.                 THE LEMBI GROUP LEGAL DEPARTMENT

17  By:    /s/                                  By:    /s/
        Drexel A. Bradshaw                              Ed Singer
18      44 Montgomery Street, 38th Floor                2099 Market Street
        San Francisco, CA 94104                         San Francisco, CA 94114
19      Phone (415) 433-4800                            Phone (415) 252-4241
        Attorney for Plaintiff                          Attorney for Defendants

21  I, Drexel A. Bradshaw, Esq., declare that, pursuant to General Order 45, concurrence in the filing of
22 this document has been obtained from each signatory, which shall serve in lieu of their signatures on the
23 document.

25  DATED: December 15, 2009                    By:    /s/
                                                        Drexel A. Bradshaw, Esq.
26                                                      Attorney for Plaintiff

27  //
28  //

- 3 -

//

**[~~PROPOSED~~] ORDER**

Pursuant to Stipulation, it is hereby ORDERED that the Discovery Cut-Off date of January 2, 2010 is hereby extended to February 16, 2010. All discovery shall be completed and all depositions taken by that date. The last hearing date for motions is ~~February 26, 2010~~, at 10 a.m.

February 19, 2010

DATED: 12/15/09



SAMUEL CONTI
United States District Court Senior Judge

IT IS SO ORDERED
Judge Samuel Conti