UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO GREGORIO, | ) |
| Plaintiff(s), | ) No. C09-2979 SC (BZ) |
| v. | ) **INITIAL DISCOVERY ORDER** |
| TROPHY PROPERTIES, | ) |
| Defendant(s). | ) |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1

```
 1  The party seeking discovery shall request a conference in a
 2  letter **filed electronically** not exceeding two pages (with no
 3  attachments) which briefly explains the nature of the action
 4  and the issues in dispute.  Other parties shall reply in
 5  similar fashion within two days of receiving the letter
 6  requesting the conference.  The Court will contact the parties
 7  to schedule the conference.
 8       After the conference with the Court, if filing papers is
 9  deemed necessary, they should be filed **electronically** with the
10  Clerk's Office, with **one hard copy delivered directly to**
11  **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
12  chambers copy of all briefs shall be submitted on a diskette
13  formatted in WordPerfect or e-mailed to the following address:
14  **bzpo@cand.uscourts.gov**
15  Dated: December 23, 2009
16                              _____
                                        Bernard Zimmerman
17                              United States Magistrate Judge
18
    G:\BZALL\-REFS\GREGORIO V. TROPHY PROP\INITIAL DISCOVERY ORDER.wpd
```