UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYNALDO GREGORIO,           )
                             )
        Plaintiff(s),        )    No.  C09-2979 SC (BZ)
                             )
    v.                       )
                             )    **SECOND DISCOVERY ORDER**
TROPHY PROPERTIES IX, LLC, et)
al.,                         )
        Defendant(s).        )
_____)

Following a telephone conference at which both sides were represented by counsel, **IT IS ORDERED** as follows:

1. Defendants shall spread a record of Molieri's bankruptcy filing upon the minutes of the Court.

2. Defendants Trophy Properties IX, LLC and Citi Apartments, Inc. shall answer plaintiff's interrogatories, produce all requested documents and provide a privilege log of withheld documents by **January 25, 2010**. If they fail to do so, plaintiff may seek the entry of their default as a sanction.

3. Defendants Skyline Realty, Inc. and Clarence Curl shall answer plaintiff's interrogatories by **January 25, 2010.**

1

If plaintiff is dissatisfied with the answers, or plaintiff believes that these defendants possess responsive documents notwithstanding their written denials, plaintiff shall proceed pursuant to the Initial Discovery Order.

    4.   This Order disposes of plaintiff's discovery motion, Docket No. 28.

Dated: January 5, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GREGORIO V. TROPHY PROP\DISC ORDER 2.wpd