UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO GREGORIO,<br><br>            Plaintiff(s),<br><br>    v.<br><br>TROPHY PROPERTIES IX, LLC, et al.,<br><br>            Defendant(s). | No.  C09-2979 SC (BZ)<br><br>**ORDER RE MOTION FOR SANCTIONS** |

**IT IS ORDERED** that Plaintiff's motion for sanctions against defendant Frank Lembi (Docket No. 62) is taken off calendar, for failure to comply with my initial discovery order (Docket No. 30).

Dated: January 19, 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GREGORIO V. TROPHY PROP\DISC ORD 3.wpd

1