UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
REYNALDO GREGORIO,            )
                              )
          Plaintiff(s),       )    No.  C09-2979 SC (BZ)
                              )
     v.                       )
                              )    BRIEFING ORDER
TROPHY PROPERTIES IX, LLC, et )
al.,                          )
          Defendant(s).       )
_____)
```

Judge Conti has referred plaintiff's Motion for Default Judgment (Docket No. 59) to me for report and recommendation, **IT IS ORDERED** as follows:

 1. Any opposition to plaintiff's motion shall be filed by **February 11, 2011.**

 2. Any reply shall be filed by **February 18, 2011**.

The Court shall set a hearing if necessary.

Dated: February 1, 2011

*Bernard Zimmerman*
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\GREGORIO V. TROPHY PROP\BRIEFING ORDER.wpd

1