1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11    REYNALDO GREGORIO,              )
                                      )
12              Plaintiff(s),         )        No.  C09-2979 SC (BZ)
                                      )
13       v.                           )
                                      )        **FOURTH DISCOVERY ORDER**
14    TROPHY PROPERTIES IX, LLC,et)
      al.,                            )
15              Defendant(s).         )
      _____)

16

17        In connection with plaintiff's request for a telephone

18    conference (Docket No. 67) **IT IS ORDERED** as follows:

19        1.   Defendants shall file their reply letter of no more

20    than two pages by **noon on Friday, February 4, 2011**.

21        2.   A telephone conference to discuss these issues is

22    scheduled for **February 7, 2011 at 1:30 p.m.**  Counsel shall

23    contact **CourtCall**, telephonic court appearances at **1-888-882-**

24    **6878**, and make arrangements for the telephonic conference

25    call.

26        3.   Plaintiff shall lodge a copy of the recording of the

27    meeting with defense counsel with chambers by **noon on Friday,**

28    **February 4, 2011.**

                                   1

1    4.   The parties are reminded that a briefing schedule has

2  issued for plaintiff's motion for default judgment.

3  Dated: February 3, 2011

4                                      Bernard Zimmerman

5                             United States Magistrate Judge

6

G:\BZALL\-REFS\GREGORIO V. TROPHY PROP\DISC ORD 4.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2