UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYNALDO GREGORIO,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>TROPHY PROPERTIES IX, LLC, et al.,<br><br>　　　　Defendant(s). | No.  C09-2979 SC (BZ)<br><br>**FIFTH DISCOVERY ORDER** |

　　Following a telephone conference at which both sides were represented by counsel, **IT IS ORDERED** that by **February 11, 2011**:

　　1.　Defendant Frank Lembi shall provide his Initial Disclosures in compliance with Federal Rule of Civil Procedure 26(a)(1)(A).

　　2.　Defendants Clarence Curl and Skyline Realty shall provide Further Responses to Plaintiff's Special Interrogatories, Set Two.

　　3.　Defendant Frank Lembi shall provide Further Responses to Plaintiff's Special Interrogatories, Set One, and Request for Production of Documents, Set One.

1

**IT IS FURTHER ORDERED** that Defendant Frank Lembi shall appear for his deposition **on Friday, February 18, 2011.**

Dated: February 7, 2011

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\GREGORIO V. TROPHY PROP\DISC ORD 5.wpd