Drexel A. Bradshaw (SBN 209584)
Brenda D. Posada (SBN 152480)
Bradshaw & Associates, P.C.
44 Montgomery Street
Thirty-Eighth Floor
San Francisco, CA 94104
Phone: (415) 433-4800
Fax:     (415) 433-4841

Attorneys for Plaintiff Reynaldo Gregorio

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANICSCO DIVISION

| | |
|---|---|
| REYNALDO GREGORIO,<br><br>    Plaintiff,<br><br>    vs.<br><br>TROPHY PROPERTIES IX, LLC; CITIAPARTMENTS, INC.; SKYLINE REALTY, INC.; CLARENCE CURL; DAN MOLIERI; and DOE 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: CV-9-2979-SC<br><br>**STIPULATION RE: CONTINUANCE OF TRIAL AND PRE-TRIAL DEADLINES**<br><br>JUDGE:           HON. SAMUEL CONTI<br>COURTROOM:  1<br><br>TRIAL DATE:   APRIL 11, 2011 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by and through their respective counsel, that the above-entitled case now set for trial on April 11, 2011, at 9:30 a.m., in Courtroom 1, be continued to August 8, 2011, or soon thereafter as this court deems proper.

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the parties hereto, by and through their respective counsel, that all pre-trial and discovery deadlines will likewise be continued to conform with the new trial date set by this Court.

The basis for this continuance is the fact that new defendants have been recently named in this matter. Defendant Frank Lembi filed his answer on November 9. 2010. Defendant Walter Lembi passed away before his Answer pleading came due. Defendant Frank Lembi's initial disclosures were

1  due in mid-December. Thereafter Plaintiff Gregorio propounded regular discovery on Defendant Frank
2  Lembi. There is a pending discovery dispute before Magistrate Bernard Zimmerman.
3    In addition, there is a Request for Entry of Default pending against Trophy Properties IX, LLC and
4  CitiApartments, Inc. likewise pending before Magistrate Zimmerman.
5    The continuance is necessary in order to give time to the newly named defendant to prepare,
6  respond, and submit to discovery and for Plaintiff to do the same.
7    SO STIPULATED:
8    Dated: _____//s//_____
     Brenda D. Posada, Esq.
9     Attorney for Plaintiff Gregorio
10
     Dated: _____//s//_____
11    Edward Singer, Esq.
     Attorney for Defendants
12
13
14        **[PROPOSED ORDER]**
15   PURSUANT TO STIPULATION, IT IS SO ORDERED that the trial date shall be continued to
16  _____.
17    All discovery shall be completed and all depositions taken by _____.
18    The last date for hearing of motions, to be noticed in accordance with Civil Local Rule 7-2, is
19  _____ at \_\_\_\_ a.m./p.m.
20    A Pretrial Conference shall be held before the court on _____ at \_\_\_\_ a.m./p.m.
21
22  DATED:  2/18/11
23     Hon.
     Sen
24
25
26
27
28

DENIED
Judge Samuel Conti
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

- 2 -
*Gregorio v. Trophy Properties IX, LLC, et al. – STIPULATION FOR CONTINUANCE OF TRIAL DATE AND PRE-TRIAL DEADLINES*
Z:\Clients\2009\32 - Gregorio v. Trophy Properties IX LLC\PLED\Stipulation to Continue Trial Date.doc2/17/2011 5:21:00 PM